UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

SHAWN BROWN, OZAN CIRAK, )
LUKE SMITH and THOMAS HANNON, ) CASE NO. 06-80391
each individually and on behalf of all others )
similarly situated )
) JUDGE CIV-RYSKAMP
Plaintiffs, )
)
v. ) NOTICE OF REMOVAL
)
GENERAL NUTRITION COMPANIES, INC. )
)
Defendant. )

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant General Nutrition Companies, Inc., certifies, based on currently available information and belief, that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. General Nutrition Companies, Inc. is not a publicly-held corporation.

2. General Nutrition Companies, Inc. does have a parent corporation.

   (a) General Nutrition Companies, Inc. is a wholly-owned subsidiary of General Nutrition Centers, Inc.

   (b) No publicly-held corporation owns 10 percent or more of General Nutrition Companies, Inc.'s stock.

DALLAS 1646727v1

Dated: April 19th, 2006

Respectfully submitted,

By: _____
Joseph J. Ward
FBN: 0144924
Elizabeth L. Bevington
FBN: 503339
Holland & Knight LLP
315 South Calhoun Street Suite 600
Tallahassee, FL 32301
Telephone: (850) 425-5606
Facsimile: (850) 224-8832

James G. Munisteri
Michael P. Cooley
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214.999.4824

Attorneys for Defendant
GENERAL NUTRITION COMPANIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19th, 2006, a true and correct copy of the above and foregoing document was mailed, postage prepaid, to the following counsel of record:

John Goldsmith
Trenam, Kernker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A.
2700 Bank of America Plaza
101 East Kennedy Boulevard
P.O. Box 1102
Tampa, Florida 33602
E-mail: jdgoldsmith@trenam.com

Paul B. Thanasides
Seth Zalkin
Thanasides, Zalkin & Acero
303 Park Avenue South, Suite 1104
New York, New York 10010
E-mail: thanasides@tzalaw.com
E-mail: zalkin@tzalaw.com

Joseph J. Ward
Counsel to General Nutrition Companies, Inc.

DALLAS 1646727v1