UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

SHAWN BROWN, OZAN CIRAK, )
LUKE SMITH and THOMAS HANNON, ) CASE NO. 06-80391
each individually and on behalf of all others )
similarly situated ) JUDGE: RYSKAMP/Vitunac
)
Plaintiffs, )
)
v. )
)
GENERAL NUTRITION COMPANIES, INC. )
)
Defendant. )

## NOTICE OF SUPPLEMENTAL FILING IN SUPPORT OF NOTICE OF REMOVAL

Defendant General Nutrition Companies, Inc. ("GNC"), by and through its undersigned attorneys, hereby files this notice of supplemental filing in support of the Notice of Removal filed on April 18, 2006, and states:

1. GNC filed its Notice of Removal on April 18, 2006.

2. To further comply with 28 U.S.C. § 1446(a), GNC is hereby supplementing its Notice of Removal with copies of additional process, pleadings, and orders served upon GNC in the state court action from which this case was removed.

3. An indexed copy of the supplemental process, pleadings, and orders is attached hereto as Exhibit "A."

Respectfully submitted,

By: _____
for Joseph J. Ward  #709360
FBN: 0144924
Elizabeth L. Bevington
FBN: 503339
Holland & Knight LLP
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301
Telephone: (850) 425-5606
Facsimile: (850) 224-8832

and

James G. Munisteri
Michael P. Cooley
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
Telephone: (214) 999-4824

Attorneys for Defendant
GENERAL NUTRITION COMPANIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19th, 2006, a true and correct copy of the Notice of Supplemental Filing and attached Exhibit "A" were mailed, postage prepaid, to the following counsel of record:

John Goldsmith
Trenam, Kernker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A.
2700 Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Florida 33602
e-mail: jdgoldsmith@trenam.com

Paul B. Thanasides
Seth Zalkin
Thanasides, Zalkin & Acero
303 Park Avenue South, Suite 1104
New York, New York 10010
e-mail: thanasides@tzalaw.com
e-mail: zalkin@tzalaw.com

Joseph J. Ward
Counsel to General Nutrition Companies, Inc.

# 3728741_v1

# EXHIBIT "A"

| Tab | Date | Party Filing | Document Description |
|---|---|---|---|
| 1. | 07/25/02 | Plaintiffs | Summons – General Nutrition Companies, Inc. |
| 2. | 08/03/02 | Plaintiffs | First Amended Class Action Complaint |
| 3. | 09/05/02 | Met RX | Motion to Dismiss, Motion for More Definite Statement, Motion to Strike and Motion to Sever for Misjoinder of Parties |
| 4. | 09/10/02 | Plaintiffs | Motion for Scheduling and Case Management Conference and to Resolve Issue of bifurcation of Discovery |
| 5. | 09/10/02 | Plaintiffs | Motion to Resolve Issue of Bifurcation of Discovery |
| 6. | 09/18/02 | Met RX | Motion to Bifurcate Class and Merits Discovery, Motion for Protective Order and Motion to Establish Schedule for Discovery, Briefing and Determination of Class Certification |
| 7. | 09/18/02 | EAS | Motion to Stay Proceedings |
| 8. | 09/18/02 | EAS | Motion to Bifurcate Discovery Into Class and Merits Phases and for a Protective Order Against Merits Discovery |
| 9. | 09/19/02 | Basic Research | Motion to Dismiss Counts II, III, IV, and V, for a More Definite Statement, to Strike, and to Sever for Misjoinder of Parties |
| 10. | 09/19/02 | Plaintiffs | Notice of Hearing – 10/1/02 at 8:45 on Plaintiffs' Motion for Scheduling and Case Management Conference, and to Resolve Issue of Bifurcation of Discovery, Plaintiffs' Motion to Resolve Issue of Bifurcation of Discovery |
| 11. | 09/23/02 | EAS | Motion to Sever for Misjoinder of Parties |
| 12. | 09/23/02 | EAS | Motion for More Definite Statement |
| 13. | 09/23/02 | EAS | Motion to Dismiss Amended Complaint |
| 14. | 09/23/02 | EAS | Motion to Strike Under Rule 1.140(f) |

| Tab | Date | Party Filing | Document Description |
|---|---|---|---|
| 15. | 09/25/02 | Met RX | Motion for Scheduling and Case Management Conference |
| 16. | 09/25/02 | Met RX | Notice of Uniform Motion Calendar Hearing – 10/1/02 at 8:45 on Met RX USA, Inc.'s Motion for Scheduling and Case Management Conference |
| 17. | 09/25/02 | Bodyonics | Motion to Dismiss, Motion for More Definite Statement, Motion to Strike and Motion to Sever for Misjoinder of Parties |
| 18. | 09/25/02 | Weider | Motion to Dismiss, Motion to Strike, Motion to Sever for Misjoinder of Parties/Claims and to Transfer Venue, and Motion for More Definite Statement |
| 19. | 09/26/02 | Twin Laboratories | Motion to Sever for Misjoinder of Parties and Transfer Venue and Motion to Dismiss Counts II, III, IV, and V, for a More Definite Statement, and to Strike |
| 20. | 10/01/02 | GNC | Notice of Appearance (Elizabeth L. Bevington) |
| 21. | 10/03/02 | Nutraceutics | Motion to Dismiss First Amended Complaint or Alternatively, Motion to Strike and Motion for More Definite Statement |
| 22. | 10/07/02 | GNC | Motion to Dismiss, Motion for More Definite Statement, Motion to Strike and Motion to Sever for Misjoinder of Parties |
| 23. | 10/07/02 | GNC | Motion to Bifurcate Class and Merits Discovery, Motion for Protective Order, and Motion to Establish Schedule for Discovery, Briefing and Determination of Class Certification |
| 24. | 10/11/02 | Muscletech Research | Motion to Dismiss Amended Complaint or, in the Alternative, Motion for More Definite Statement, Motion to Stay and Motion to Sever |
| 25. | 10/18/02 | Plaintiffs | Statement of the Case and Omnibus Response to All Pending Motions |
| 26. | 10/18/02 | Met RX | Notice of Hearing – 10/25/02 at 9:30 on Defendants' Pending Motions |
| 27. | 10/21/02 | Plaintiffs | Motion for Leave to Amend |

| Tab | Date | Party Filing | Document Description |
|---|---|---|---|
| 28. | 10/24/02 | Plaintiffs | Motion for Partial Summary Judgment in Support of Class Certification Against All Defendants |
| 29. | 10/25/02 | Plaintiffs | Memorandum in Support of Motion to Resolve Issue of Bifurcation |
| 30. | 10/25/02 | Plaintiffs | Proposed Case Management Schedule |
| 31. | 11/06/02 | | Motion to Appear Pro Hac Vice (James P. Murray) |
| 32. | 11/07/02 | Court | Omnibus Order on Pending Motions |
| 33. | 11/11/02 | Muscletech Research | Notice of Appearance (John C. Hamilton) |
| 34. | 11/15/02 | | Notice of Hearing – 11/12/02 on Notice of Joinder |
| 35. | 11/21/02 | Court | Agreed order on AST's Motion to Appear Pro Hac Vice |
| 36. | 11/26/02 | GNC | Defendant General Nutrition Corporation's Motion for Protective Order |
| 37. | 12/05/02 | Twin Laboratories | Twin's Withdrawal of Motion to Transfer Venue |
| 38. | 12/16/02 | | Notice of Unavailability |
| 39. | 11/27/02 | Plaintiffs | Second Amended Class Action Complaint |
| 40. | 12/05/02 | Plaintiffs | Plaintiff Thomas Hannon's Motion for Partial Summary Judgment |
| 41. | 12/18/02 | GNC | Defendant's Motion to Dismiss, Motion for More Definite Statement and Motion to Strike |
| 42. | 01/31/03 | GNC | Defendant's Motion for Protective Order |
| 43. | 01/31/03 | GNC | Notice of Hearing (2/4/03 at 8:45 a.m. GNC's Motion for Protective Order) |
| 44. | 02/03/03 | GNC | Notice of Supplemental Filing in Support of Defendant's Motion for Protective Order |
| 45. | 03/14/03 | MET Rx | Defendants' Motion for Continuance of Hearings on Motions for Class Certification |

| Tab | Date | Party Filing | Document Description |
|---|---|---|---|
| 46. | 03/14/03 | MET Rx | Notice of Hearing (3/18/03 at 8:45 a.m. Defendants' Motion for Continuation of Hearings on Motions for Class Certification) |
| 47. | 03/17/03 | Court | Agreed Order of Reference to Special Master |
| 48. | 04/16/03 | Plaintiffs | Plaintiffs' Joint Motion to Compel, For Protective Orders and For Enlargement of Number of Allowed Interrogatories |
| 49. | 04/25/03 | GNC | Defendant GNC's Response to Plaintiffs' Joint Motion to Compel, For Protective Orders and For Enlargement of Number of Allowed Interrogatories |
| 50. | 04/25/03 | GNC | Defendant GNC's Response to Plaintiffs' Joint Motion to Compel, for Protective Orders and for Enlargement of Number of Allowed Interrogatories |
| 51. | 06/24/05 | GNC | Defendant, GNC's Motion for Rule 1.380 Sanctions |
| 52. | 06/24/06 | GNC | Cross-Notice of Hearing (8/17/05 at 8:00 a.m. GNC's Motion for Rule 1.380 Sanctions) |
| 53. | 07/22/05 | MuscleTech | Notice of Hearing (08/17/05 at 8:00 a.m. MuscleTech's Motion for Rule 1.380 Sanctions |
| 54. | 08/15/05 | GNC | Verified Motion to Appear Pro Hac Vice (James G. Munisteri) |
| 55. | 08/17/05 | GNC | Notice of Appearance (James Munisteri) |
| 56. | 08/17/05 | Court | Order Granting James G. Munisteri's Verified Motion to Appear Pro Hac Vice |
| 57. | 08/18/05 | Court | Order Granting Defendant's Motion to Strike Plaintiff Hannon's Pleadings and Order Denying Defendant's Motion to Impose Fees and Costs as Sanction |

# 3729858_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. [Case #] 06-80391-CIV-
DE#[DE#] RYSKAMP

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☑ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

**PLEASE REFER TO COURT FILE**