UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

SHAWN BROWN, OZAN CIRAK,
LUKE SMITH and THOMAS HANNON,
each individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

GENERAL NUTRITION COMPANIES, INC.

    Defendant.
_____/

CASE NO. 06-80391

JUDGE: RYSKAMP/Vitunac

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Plaintiffs hereby respond as follows to this Court's order to show cause why Defendant's motion to transfer should not be granted:

1.    In light of the posture of this action, plaintiffs have determined not to file an opposition to Defendant's motion to transfer.

2.    By so doing, Plaintiffs in no way waive or withdraw their pending motion for remand filed pursuant to various sections of Chapter 28 of the United States Code seeking remand on the basis that subject matter jurisdiction does not exist in this or any other Federal Court over this action.

Dated: June 14, 2006

*[Signatures appear on next page]*

1

*[signature]* Fla Bar No 0546895

JOHN D. GOLDSMITH
Fla. Bar No. 444278
JOHN F. PANZARELLA
Fla. Bar No. 68306
AMY L. DRUSHAL
Fla. Bar No. 546895
TRENAM, KEMKER, SCHARF,
 BARKIN, FRYE, O'NEILL & MULLIS,
 Professional Association
P.O. Box 1102
Tampa, FL 33602
Phone: (813) 223-7474
Fax: (813) 229-6553

-and-

PAUL B. THANASIDES
Fla. Bar. No. 103039
THANASIDES, ZALKIN & ACERO
P.O. Box 18795
Tampa, FL 33679
(813) 837-0948
(813) 835-9663 (fax)
Attorneys for Plaintiffs

2

CERTIFICATE OF SERVICE

       I hereby certify that, on June 14, 2006, a true and correct copy of the foregoing was mailed, via Federal Express, to the following counsel of record:

Joseph J. Ward
Elizabeth Bevington
Holland & Knight, LLP
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301

James G. Munisteri
Michael P. Cooley
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

/s/ Amy Drushal
JOHN D. GOLDSMITH
Fla. Bar No. 444278
JOHN F. PANZARELLA
Fla. Bar No. 68306
AMY L. DRUSHAL
Fla. Bar No. 546895
TRENAM, KEMKER, SCHARF,
  BARKIN, FRYE, O'NEILL & MULLIS,
  Professional Association
P.O. Box 1102
Tampa, FL 33602
Phone: (813) 223-7474
Fax: (813) 229-6553

-and-

PAUL B. THANASIDES
Fla. Bar. No. 103039
THANASIDES, ZALKIN & ACERO
P.O. Box 18795
Tampa, FL 33679
(813) 837-0948
(813) 835-9663 (fax)
Attorneys for Plaintiffs

3