UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 06-80391-CIV-RYSKAMP/VITUNAC

SHAWN BROWN, OZAN CIRAK,
LUKE SMITH and THOMAS HANNON,
each, individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

GENERAL NUTRITION COMPANIES, INC.,

        Defendant.
_____/



### ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S MOTION TO TRANSFER

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Enlargement of Time to Submit Opposition to Defendant's Motion to Transfer Venue to Southern District of New York **[DE 6]**, filed on May 9, 2006. On May 18, 2006, this court accepted the filing of Plaintiff's Response to Defendant's Motion to Transfer **[DE 8]**. The Court has considered the motion and the pertinent portions of the record, and for the aforementioned reasons, it is hereby,

ORDERED AND ADJUDGED that Plaintiff's Motion for Enlargement of Time to Submit Opposition to Defendant's Motion to Transfer Venue to Southern District of New York **[DE 6]** is DENIED as MOOT as the Court has already accepted the filing of the response.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 22nd day of August, 2006.

                                          KENNETH L. RYSKAMP
                                          UNITED STATES DISTRICT JUDGE

Copies provided:
John Goldsmith, Esq.
Paul B. Thanasides, Esq.
Joseph J. Ward, Esq.
James G. Munisteri, Esq.

