# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

_____,

    Plaintiff(s),

v.

_____,

    Defendant(s),

### CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on _____, the above-styled case is hereby transferred to the _____. Enclosed are certified copies of the Order of Transfer and the Court's docket sheet. The case record is **[ ] a combined paper and electronic file or [ ] an electronic file** and the imaged documents can be obtained at **PACER.USCOURTS.GOV** by using your Pacer **(not CM/ECF)** login and password. If you do not have a pacer login, please contact the Pacer Center at 1-800-676-6856.

DONE at the Federal Courthouse, _____, Florida, this _____ day of _____ 20___.

                        CLARENCE MADDOX,
                        Court Administrator • Clerk of Court

                        N. Toloza
                        By: _____

                        Deputy Clerk

---

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida

**Received By:** _____

**New Case No.** _____