UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAWN BROWN, OZAN CIRAK,
LUKE SMITH and THOMAS HANNON,
each individually and on behalf of all others
similarly situated

    Plaintiffs,

vs.

GENERAL NUTRITION COMPANIES, INC.

    Defendant.

_____/

Case No.: 1:07-CV-06356-JSR
Related Case No.: 1:04-MD-01598-JSR

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41a, the parties hereby stipulate and agree that claims against the Defendant, GENERAL NUTRITION COMPANIES, INC. ("GNC") relating solely to GNC's sale of Muscletech products be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

DATED this 28th day of September, 2007.

[Signature Block on Next Page]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

_[signature]_
JAMES MARKS, Esquire
james.marks@hklaw.com
Holland & Knight, LLP
195 Broadway
New York, New York 10007
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

- and -

JAMES MUNISTERI, Esquire
jmunisteri@gardere.com
Gardere, Wynne, Sewell, LLP
1000 Lousiana
Suite 3400
Houston, TX 77002-5011
Telephone: (713) 276-5752
Facsimile: (713) 276-6752
Attorneys for Defendant

_[signature]_
JOHN D. GOLDSMITH, Esquire
Fla. Bar No. 444278
jgoldsmith@trenam.com
KATIE M. BRINSON, Esquire
Fla. Bar No. 0022367
Trenam, Kemker, Scharf, Barkin, Frye,
    O'Neill & Mullis, P.A.
P.O. Box 1102
Tampa, FL 33601-1102
Telephone: (813) 223-7474
Facsimile: (813) 229-6553

-and-

JOHN F. PANZARELLA, Esquire
Fla. Bar No. 68306
McIntyre Law Firm, P.L.
6987 E. Fowler Avenue
Temple Terrace, FL 33617-1714
Telephone: (813) 899-6059

-and-

PAUL B. THANASIDES
Fla. Bar No. 103039
SETH R. ZALKIN
THANASIDES, ZALKIN & ACERO
303 Park Avenue, S. #1104
New York, New York 10010
Attorneys for Plaintiff

SO ORDERED:

_[signature]_
U.S.D.J.

11-14-07