James V. Marks (JM 6257)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Telephone:    (212) 513-3200

Attorneys for Defendant,
GENERAL NUTRITION COMPANIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

SHAWN BROWN, individually and on behalf of all    :
others similarly situated,    :
   :
   :
              Plaintiffs,    :
   :         1:07-cv-06356-JSR
   v.    :
   :     **NOTICE OF APPEARANCE**
GENERAL NUTRITION COMPANIES, INC.,    :
   :
              Defendant.    :
   :

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the firm of Holland & Knight LLP hereby appears in the

action on behalf of the Defendant General Nutrition Companies, Inc. and requests that it be

served with a copy of all future pleadings, discovery and submissions to the Court.

Dated: New York, New York
       November 26, 2007

                    Respectfully submitted,

                    HOLLAND & KNIGHT LLP

                    By:_____
                         James V. Marks (JM 6257)

# 4957826_v1