UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-4-08

SHAWN BROWN, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

GENERAL NUTRITION COMPANIES, INC.,

Defendant.

1:07-cv-06356 (JSR)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of James V. Marks attorney for defendant General Nutrition Companies, Inc., and the declarations submitted in support thereof;

**IT IS HEREBY ORDERED** that

> Gordon W. Schmidt, Kevin S. Batik, and Matthew G. Mazefsky
> McGuire Woods LLP
> Dominion Tower
> 625 Liberty Avenue, 23rd Floor
> Pittsburgh, PA 15222-3142
> Phone: 412-667-6000
> Fax: 412-667-6050

are admitted to practice *pro hac vice* as counsel for defendant General Nutrition Companies, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, NY
       2/3/ , 2008

JED S. RAKOFF, U.S.D.J.